United States Bankruptcy Court
District of Nevada

In re:                                                              Case No. 18-50677-btb
TRISHA ANN VISER                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-3         User: lgallaghe          Page 1 of 1          Date Rcvd: Jun 25, 2018
                             Form ID: amd309a         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
```
db              +TRISHA ANN VISER,    PO BOX 20821,    RENO, NV 89515-0821
10481042        +AMCOL Systems Inc.,    P.O. Box 21625,    Columbia, SC 29221-1625
10481041        +Ad Astra Recovery Service,    7330 W 33rd St. NSTE 118,    Wichita, KS 67205-9369
10481043         B & P Collection Services,    816 S. Center Street,    Reno, NV 89501-2306
10481045        +CMRE Financial,    3075 E. Imperial Hwy Ste 200,    Brea, CA 92821-6753
10481046         Collection Service of Nevada,    777 Forest Street,    Reno, NV 89509-1711
10481047         Contnental Finance Company,    4550 New Linden Hill Rdstate 400,    Wilmington, DE 19808
10481052        +G C Bristle Point via AM Rent,    P.O. Box 3027,    Pittsburgh, PA 15230-3027
10481056         REMSA,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
10481057         Shaiji Mathew, M.D., P.C.,    3639 Warren Way, Suite 100,    Reno, NV 89509-5390
10481058         St. Mary's Regional Medical Ctr,    1801 W. Olympic Blvd,    Pasadena, CA 91199-1467
10481061        +Trisha Viser,    2050 Longley Lane, #503,    Reno, NV 89502-7107
10481060        +UNR Parking and Transportation Svcs,    1664 N. Virginia St., Mail Stop 0254,
                  Reno, NV 89557-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QDGIESEKE.COM Jun 26 2018 06:23:00      W. DONALD GIESEKE,    18124 WEDGE PKWY., STE 518,
                  RENO, NV 89511-8134
10481044        +EDI: RESURGENT.COM Jun 26 2018 06:23:00      CACH LLC,   do Resurgent Capital,   P.O. Box 1269,
                  Greenville, SC 29602-1269
10481048        +EDI: CCS.COM Jun 26 2018 06:23:00      Credit Collection Service,   P.O. Box 607,
                  Norwood, MA 02062-0607
10481049         EDI: RCSFNBMARIN.COM Jun 26 2018 06:23:00      Credit One Bank,   P.O. Box 98872,
                  Las Vegas, NV 89193-8872
10481050        +E-mail/Text: bknotice@ercbpo.com Jun 26 2018 02:22:04      Enhanced Recovery Company,
                  P.O. Box 57547,    Jacksonville, FL 32241-7547
10481051        +EDI: AMINFOFP.COM Jun 26 2018 06:23:00      First Premier Bank,   3820 N Louise Ave,
                  Sioux Falls, SD 57107-0145
10481053        +EDI: PHINAMERI.COM Jun 26 2018 06:23:00      GM Financial,   P.O. Box 181145,
                  Arlington, TX 76096-1145
10481040        +E-mail/Text: bk@reliantfinance.com Jun 26 2018 02:21:51      Gold Acceptance,   P.O. Box 1889,
                  Orange, CA 92856-0889
10481055         E-mail/Text: bpcsbk@gmail.com Jun 26 2018 02:22:32      Hospital Collection Services,
                  P.O. Box 872,    Reno, NV 89504-0872
10481059        +EDI: CBS7AVE Jun 26 2018 06:23:00      Swiss Colony,   1515 S 21st Street,
                  Clinton, MA 52732-6676
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10481062          3
10481054*       +Gold Acceptance,    P.O. Box 1889,    Orange, CA 92856-0889
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
```
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
              W. DONALD GIESEKE    wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com
                                                                                             TOTAL: 2
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **TRISHA ANN VISER** | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Nevada** | | Date case filed for chapter | **7**   **6/25/18** |
| Case number: | **18−50677−btb** | | | |

Official Form 309A (For Individuals or Joint Debtors)

# AMENDED
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | TRISHA ANN VISER | |
| 2. | **All other names used in the last 8 years** | aka TRISHA ANN GRUBB | |
| 3. | **Address** | PO BOX 20821<br>RENO, NV 89515 | |
| 4. | **Debtor's attorney**<br>Name and address | TRISHA ANN VISER<br>PO BOX 20821<br>RENO, NV 89515 | Contact phone None<br>Email None |
| 5. | **Bankruptcy trustee**<br>Name and address | W. DONALD GIESEKE<br>18124 WEDGE PKWY., STE 518<br>RENO, NV 89511 | Contact phone (775) 742 9107 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **TRISHA ANN VISER**                                                                                                              Case number **18–50677–btb**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Booth Street<br>Reno, NV 89509 | Office Hours 9:00 AM – 4:00 PM<br><br>Contact phone (775) 326–2100<br><br>Date: 6/25/18 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 26, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**300 Booth Street, Room 3087, Reno, NV 89509** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/24/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                      page **2**