RECEIVED AND FILED
2018 AUG -3 AM 9:42
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

TRISHA ANN VISER

　　　　　　　Debtor

BK-18-50677-BTB
CHAPTER 7

MOTION RE: VIOLATION OF THE STAY
AND TO SET ASIDE EVICTION ORDER

DATED: Aug. 3, 2018

_____
DEBTOR

**VIOLATION OF STAY**              **VIOLATION OF STAY**

# IN THE JUSTICE COURT OF RENO TOWNSHIP
## COUNTY OF WASHOE, STATE OF NEVADA

**FILED**
2018 AUG -1 AM 11:14
RENO JUSTICE COURT
BY _____ DEPUTY

Bristle Pointe Apartments
Landlord,

Case No. REV 2018-001308
Dept. No. 6

Vs.

Trisha Grubb/Viser
Tenant.

## MOTION TO SET ASIDE EVICTION ORDER

Comes now, **Trisha Grubb/Viser**, Tenant above-named and hereby moves the Court to set aside the eviction order entered herein on the **1st** day of **August**, 20**18**. This Motion is made and based on the pleadings on file herein. Additionally, the following grounds exist for granting the Motion:

1. _____ That I was never served with the notice of eviction.

2. _____ That I failed to appear and that failure was caused by mistake, surprise or excusable neglect in that _____

3. **✓** Other; namely **I was unaware I needed to contest the five day notice. I was in communication with my trustee. He said they could not do anything unless a judge lifted the stay for my Bankruptcy**

This Motion is made in good faith and not for purposes of delay.

Executed this **1st** day of **August**, 20**18**.

**775-276-2639**
Tenant's Phone

**trishagrubb09@gmail.com**

**Trisha Grubb/Viser** filed June 25, 2018
Tenant
BK# 18-50677

## ORDER

The Court has reviewed the foregoing Motion and, good cause appearing; it is hereby ORDERED that:

_____ The Clerk of the Court set a hearing on the Motion on the next judicial day and direct the parties to appear.

_____ The Motion is denied.

Dated this _____ day of _____, 20_____.

_____
JUSTICE OF THE PEACE

FILED

2018 JUL 31 AM 11: 15

IN THE JUSTICE'S COURT OF RENO TOWNSHIP
COUNTY OF WASHOE, STATE OF NEVADA

| | | |
|---|---|---|
| Bristle Pointe Apartments | | Case No. REV2018-001308 |
| | Landlord | Department 6 |
| vs. | | |
| Trisha Grubb | | |
| | Tenant | **LOCKOUT ORDER** |

UPON APPLICATION duly and regularly made by **Bristle Pointe Apartments**, Landlord, and proof thereon being supported by a sworn affidavit on the date hereinafter mentioned, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

That the Sheriff of Washoe County, or one of their duly authorized agent, are hereby directed to remove each and every person found upon and within those certain premises located at **2050 Longley Ln Apt 503 Reno, Nv 89502**, Reno Washoe County, Nevada within 24 hours after receipt of this order.

DATED: July 30, 2018.

JUSTICE OF THE PEACE

# FIVE-DAY NOTICE TO PAY RENT OR QUIT

**TO: Trisha Grubb And any other occupants or sub-tenants**
2050 Longley Lane #503
Reno, NV 89502

**FROM:** Bristle Pointe Apartments
2050 Longley Ln
Reno, NV 89502
Phone: 775-856-2900   Fax: 775-856-1431

Manner of Service:   ( ) Personal
( ) Substituted/Mailing
(X) Posting/Mailing

**DATE:** July 9, 2018

**PLEASE TAKE NOTICE** that you are in default in payment of rent for the above described premises in the sum of $1,400.76 for the period commencing from 7/1/2018 to 7/31/2018. PLUS an additional rent charges of $50.00 on the 6th and $5.00 a day there after until the balance is paid in full and not to exceed an additional rent charge of $120.00. Rental payments(s) became delinquent on July 1, 2018.

Your failure to pay rent, leave the premises, or contest this Notice with five (5) judicial days[1] (July 19, 2018) may result in the landlord applying to the Justice of the Peace of the **RENO** Township for an Eviction Order.

If the Justice of the Peace determines that you are guilty of an unlawful detainer, the Justice of the Peace may thereupon issue a summary order to remove you from, or provide for your non-admittance to, the above described premises that directs the constable or sheriff of this county to remove you within 24 hours after receipt of the order.

**The tenant is hereby advised of his right to contest this Notice by filing, with the Justice of the Peace of the RENO Township, an Affidavit stating that he is not in default in the payment of rent.**

The tenant may also file an Affidavit requesting relief from the above reference Justice of the Peace, pursuant to Nevada Revised Stature(NRS) 118A.390, if the landlord has unlawfully removed the tenant from the premises or has excluded the tenant by blocking, or attempting to block, the tenant's entry upon the premises; or if the landlord willfully interrupts or causes or permits the interruption of an essential service required by a the governing rental agreement or chapter 118A of the NRS.

The Justice of the Peace is located at 1 S. SIERRA ST, RENO, NV 89501. The Affidavit must be filed with the Court no later than noon on the fifth full judicial day following the date of service. The Affidavit may be accessed at the Nevada Supreme Court Self-Help Center at its website at http://www.nevadajudiciary.us/

## DECLARATION OF SERVICE

On July 9, 2018, I served this Notice in the following manner (*select one*):

( )   By delivering a copy to the tenant(s) personally, in the presence of a witness (the server, witness, and tenant must all sign a copy of this notice):

July 9, 2018      **KAREN GALDAMEZ**
 (date)            (type or print witness' name)      (witness' signature)      Tenant's Signature

**OR**

**OR**

( )   Because the tenant(s) were absent from their place of residence or from their usual place of business, by leaving a copy with _____, a person of suitable age and discretion, at either place and mailing a copy to the tenant(s) at their place of residence or place of business;

**OR**

(X)   Because the place of residence or business could not be ascertained, or a person of suitable age or discretion could not be found there, by posting a copy in a conspicuous place on the property, delivering a copy to a person there residing, if the person could be found, and mailing a copy to the tenant(s) at the place where the property is situated.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

July 9, 2018      **NICOLE KIMES**
 (date)           (type or print server's name)      (server's signature)

775-856-2900 , Landlord's phone number.

---

[1] Judicial days do not include the date of service, weekends, or certain legal holidays