

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 03, 2018

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

TRISHA ANN VISER,

                    Debtor,

Case No.  BK-18-50677-btb

Chapter 7

**ORDER TO SHOW CAUSE WHY KROMER INVESTMENTS, INC. dba BRISTOL POINTE APARTMENTS SHOULD NOT BE HELD IN CONTEMPT OF VIOLATING THE AUTOMATIC STAY**

Hearing date:  August 3, 2018
Time:               4:00 p.m.

      IT IS HEREBY ORDERED that the Person Most Knowledgeable regarding this case at Kromer Investments, Inc., dba Bristol Pointe Apartments is to appear in person or through counsel (to be present in Court) in Courtroom #2 at the United States Bankruptcy Court, District of Nevada, located at 300 Booth Street, Reno, Nevada, on August 3, 2018 at 4:00 p.m. to show cause as to why Bristol Pointe Apartments should not be held in contempt for violating the automatic stay.

###