_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 03, 2018

KEVIN A. DARBY, NVSB7670
TRICIA M. DARBY, NVSB7956
**DARBY LAW PRACTICE, LTD.**
4777 Caughlin Parkway
Reno, NV 89519
Telephone (775) 322-1237
Facsimile (775) 996-7290

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-N-18-50677-BTB<br>Chapter 7 |
| TRISHA ANN VISER, | **ORDER GRANTING MOTION RE: VIOLATION OF THE STAY AND TO SET ASIDE EVICTION ORDER** |
| Debtor. | Hearing Date:  August 3, 2018<br>Hearing Time:  4:00 p.m. |
| _____/ | |

     This matter having come before this Court on August 3, 2018, on the Debtor's Motion Re: Violation of the Stay and to Set Aside Eviction Order (the "Motion"), filed by the Debtor TRISHA ANN VISER (hereinafter "Debtor" or "Ms. Viser"), the Court having reviewed Debtor's Motion, no opposition having been filed, and good cause appearing:

     IT IS HEREBY ORDERED that Debtor's Motion is granted in its entirety; and

1   IT IS HEREBY FURTHER ORDERED the Debtor is granted immediate access to the premises located at 2050 Longley Lane, Apt. 503, Reno, Nevada 89502 (the "Longley Property"); and

IT IS HEREBY FURTHER ORDERED Bristle Pointe Apartments shall pay Debtor $2,500.00 each day Debtor is not allowed access to the Longley Property commencing on August 3, 2018.

IT IS HEREBY FURTHER ORDERED that as provided by Fed. R. Bankr. P. 6004(h), 6006(d) and 7062, this Order shall be effective and enforceable immediately upon entry. Notwithstanding Bankruptcy Rules 6004(h), the Court expressly finds that there is no just reason for delay in the implementation of this Order and expressly directs entry of the order as set forth herein.

IT IS SO ORDERED.

SUBMITTED BY:

DARBY LAW PRACTICE, LTD.

*/s/ Tricia M. Darby*
By:_____
    Tricia M. Darby
    4777 Caughlin Parkway
    Reno, Nevada 89519
    Attorney for Debtor

###

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

   __X__ The Court has waived the requirement set forth in LR 9021(b)(1).

   _____ No party appeared at the hearing or filed an objection to the motion.

   _____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated.

   _____ I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

 */s/ Tricia M. Darby*
By: _____
 TRICIA M. DARBY, ESQ.
 Darby Law Practice, Ltd.
 4777 Caughlin Parkway
 Reno, Nevada 89519
 (775) 322-1237
 Attorney for Debtor

Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, Nevada 89519