KEVIN A. DARBY, NVSB# 7670                      *Electronically filed 8/20/2018*
TRICIA M. DARBY, NVSB# 7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kad@darbylawpractice.com
              tricia@darbylawpractice.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.:  BK-N-18-50677-BTB |
| | Chapter 7 |
| TRISHA ANN VISER, | |
| | **NOTICE OF HEARING ON MOTION FOR** |
| Debtor. | **VIOLATION OF AUTOMATIC STAY AND** |
| | **MOTION FOR SANCTIONS** |
| | |
| | Hearing Date:    October 3, 2018 |
| | Hearing Time:    2:00 p.m. |

**NOTICE IS HEREBY GIVEN** that on August 20, 2018 Debtor, TRISHA ANN VISER, by and through her attorney, TRICIA M. DARBY, ESQ. of Darby Law Practice, Ltd., filed a **MOTION FOR VIOLATION OF AUTOMATIC STAY AND MOTION FOR SANCTIONS** (the "Motion"). Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views, you must file an opposition with the Court, and serve a copy on the person making the Motion ***no later than 14 days preceding the hearing date*** for this Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

///

///

///

1
2
3
4
5
6
7

If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
- The Court may refuse to allow you to speak at the scheduled hearing; and
- The Court may rule against you without formally calling the matter at the hearing.

8    **NOTICE IS FURTHER GIVEN** that the hearing on said Motion shall be held before a

9    United States Bankruptcy Judge in the C. Clifton Young Federal Building, 300 Booth Street,

10   Fifth Floor, Bankruptcy Courtroom 2, Reno, Nevada on October 3, 2018 at the hour of 2:00 p.m.

11   DATED this 20th day of August 2018.

12
13                                              DARBY LAW PRACTICE, LTD.

14                                                  */s/Tricia M. Darby*
                                                By: _____
15                                                  TRICIA M. DARBY, ESQ.
16                                                  4777 Caughlin Parkway
                                                    Reno, Nevada 89519
17                                                  Attorney for Debtor

18
19
20
21
22
23
24
25
26
27
28

**DARBY LAW PRACTICE, LTD.**
**Kevin A. Darby, NSB# 7670**
**Tricia M. Darby, NSB# 7956**
**4777 CAUGHLIN PARKWAY**
**RENO, NV 89519**
**Tel: 775.322.1237**
**Fax: 775.996.7290**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>TRISHA ANN VISER,<br><br>                    Debtor. | Case No. BK   18-50677-BTB<br><br>Chapter  ☒ 7 ☐ 11 ☐ 13 |

## CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1.   On    **August 20, 2018**    I served the following documents:

    **MOTION FOR VIOLATION OF AUTOMATIC STAY AND MOTION FOR SANCTIONS; DECLARATION IN SUPPORT OF MOTION FOR VIOLATION; NOTICE OF HEARING ON MOTION FOR VIOLATION**

2.   I served the above-named document(s) by the following means to the persons as listed below:

**VIA ECF:**

W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com
U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

**VIA CERTIFIED FIRST CLASS U.S. MAIL, POSTAGE PAID THEREON:**

GC BRISTLE POINT VIA AM RENT               BRISTLE POINTE APARTMENTS
Attn: Managing Officer                               Attn: Managing Officer
PO BOX 3027                                     2050 LONGLEY LANE
PITTSBURG, PA 15230-3027                   RENO, NV 89502

   I declare under penalty of perjury that the foregoing is true and correct.

**Signed on*:*     August 20, 2018**

**JILL GOFF**                              */s/ Jill Goff*
(NAME OF DECLARANT)                 Attorney at Darby Law Practice, Ltd.