**DARBY LAW PRACTICE, LTD.**
Kevin A. Darby, NSB# 7670
Tricia M. Darby, NSB# 7956
4777 CAUGHLIN PARKWAY
RENO, NV 89519
Tel: 775.322.1237
Fax: 775.996.7290

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:
TRISHA ANN VISER,

Debtor.

Case No. BK    18-50677-BTB

Chapter    ☒ 7  ☐ 11  ☐ 13

## CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1. On    **August 22, 2018**    I served the following document(s):

   **MOTION FOR VIOLATION OF AUTOMATIC STAY AND MOTION FOR SANCTIONS; DECLARATION IN SUPPORT OF MOTION FOR VIOLATION; NOTICE OF HEARING ON MOTION FOR VIOLATION**

2. I served the above-named document(s) by the following means to the persons as listed below:

**VIA ECF:**
W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com
U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

**VIA CERTIFIED FIRST CLASS U.S. MAIL, POSTAGE PAID THEREON:**

KROMER INVESTMENTS, INC., Registered Agent for
Bristle Pointe Apartments
Attn: Grady Kromer, President
PO Box 9689
Truckee, CA 96162

I declare under penalty of perjury that the foregoing is true and correct.

Signed on *(date):*    **August 22, 2018**

| JILL GOFF | */s/ Jill Goff* |
|---|---|
| (NAME OF DECLARANT) | An Employee of Darby Law Practice, Ltd. |